IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

STEVEN MICHAEL AITKEN,
    Plaintiff,

vs.                                        Case No. 5:13-cv-216-LC-GRJ

FELICIA NOBLES,
WARDEN, APALACHEE C.I.,
    Defendant.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 10, 2013 (doc. 3). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of the objections filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Plaintiff's "Emergency Petition for Temporary Injunction" (doc. 1) is **DENIED**.

3.    The Clerk is directed to send Plaintiff a blank civil rights complaint form for prisoner litigants for actions arising under 42 U.S.C. § 1983, and a blank motion to proceed *in forma pauperis* for use by a prisoner.

4.    If Plaintiff wishes to file a civil rights complaint, he must fill out the complaint form in full and file it with the Clerk **within 30 days** of this Order. Plaintiff should also file an identical copy of the complaint for each defendant. If no civil rights complaint is received by this deadline, the Court will assume that Plaintiff does not wish to file a complaint, and the case will be closed.

5.    If Plaintiff wishes to file a civil rights complaint, he shall also either (1) file a motion

to proceed *in forma pauperis* or (2) pay the $400 filing fee by the same deadline.

**DONE AND ORDERED** this 9th day of July, 2013.

                          s/*L.A. Collier*
                          **LACEY A. COLLIER**
                          **SENIOR UNITED STATES DISTRICT JUDGE**